# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>NIPUKTUK JOSEPH,<br>AIDAN DONNELLY<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)       22-MJ-6158<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Nov. 2021 through present** in the county of **Bristol** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Fentanyl |
| 21 U.S.C. § 841(a)(1) | Distribution of Fentanyl |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

/s/ Evan R. Kalaher
*Complainant's signature*

Evan R. Kalaher, S.A. FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 23, 2022

*Judge's signature*

City and state: Boston, MA

Hon. M. Page Kelley, U.S.M.J.
*Printed name and title*